AMERICAN UNION BANK v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

MARY HEALY v. EIGHTH AVENUE RAILROAD COMPANY and Another.— Motion granted. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

SATIRIOS KATSINADELIS v. JOSEPH GOLDBERG and Others.— Motion granted. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

SPENCER R. HILL and Others v. INTERNATIONAL PRODUCTS COMPANY and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

FRANK A. BANDHOLTZ v. ALFRED J. HIGGINS and Others.— Motion granted. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ADOLPH FLAM and Others v. SIMON MARCUS and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ALBERT P. CALVET and Another v. NEW YORK AND CUBA MAIL STEAMSHIP COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

NEW YORK OVERSEAS COMPANY, INC., v. CHINA, JAPAN AND SOUTH AMERICA TRADING COMPANY, LTD.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

FANNIE GREGOR v. LINDLEY M. GARRISON, as Receiver, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

EVELYN REALTY CORPORATION v. AVEL B. SILVERMAN.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

COTTON STATES HOSIERY MILLS v. SAMUEL KOSVEN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ESSZEE REALTY CORPORATION v. HARRY GOODSTEIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page Greenbaum and Finch, JJ.

MELROSE AVENUE REAL ESTATE CORPORATION v. ADOLPH H. MORNER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

JOSEPH DOSSO v. WILLIAM R. DWYER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ISRAEL BENJAMIN v. KNIGHTS DEVELOPING & TRADING COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

EMIL D. GUTCHEON and Others v. CHARLES R. NICHOLS and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.